## STEPHEN MINOT *vs.* LEONARD SAWYER.

Under *St.* 1859, *c.* 196, § 32, a judge of the superior court has no authority to report ques tions of law arising in that court for the decision of the supreme court, except after verdict.

WRIT OF ENTRY to foreclose a mortgage. On a hearing in the superior court, before *Wilkinson*, J., after default, to ascertain the amount for which conditional judgment should be rendered, certain questions of law arose, which the presiding judge, after judgment for the demandant, reserved on a report of the case for the decision of this court.

*J. W. Perry*, for the demandant.

*S. B. Ives, Jr.* (*H. G. Johnson* with him,) for the tenant.

BIGELOW, C. J. This case is not properly before the court. By *St.* 1859, *c.* 196, § 32, reënacted in Gen. Sts. c. 115, § 6, the superior court has no authority to report a case for the deter- mination of this court, except after verdict. The object of this limitation on the power to send up cases to this court is to secure a settlement of the facts controverted between the par- ties by a verdict, so that only the questions of law material to the rights of the parties to the suit may be presented on the report for the determination of this court.

It is important that this regulation of the statute should be strictly observed. Therefore we cannot take cognizance of the questions raised in the present case. The proper mode of bring- ing them before this court would be by a bill of exceptions.